```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
       EDWARD SALVADOR ESCARRAMAN, :
                                   Plaintiff, :
                                                             1:25-cv-8377-GHW
                  -against- :
                                                             ORDER
TRANS-PORTE, INC., *et al.*, :
                                 Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on October 9, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 23, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                                GREGORY H. WOODS
                                                            United States District Judge